# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel, c/o ORTIZ, et al.,<br><br>    Defendants. | Case No. 2:10-CV-00707-JCM-(LRL)<br><br>**ORDER** |

The court ordered plaintiff to file an amended complaint that corrected defects in the original complaint. Order (#11). Plaintiff has submitted a motion for relief from the court's order (#12), and defendants have filed an opposition (#13).

Plaintiff misunderstands the court's order (#11). Plaintiff argues that he could have amended the counts that the court found defective, and that the court should not have dismissed those counts. The court did not dismiss those counts and gave plaintiff leave to file an amended complaint.

IT IS THEREFORE ORDERED that plaintiff's motion for relief from the court's order (#12) is **DENIED**.

///
///
///
///
///

1  IT IS FURTHER ORDERED that plaintiff shall have an additional ten (10) days
2  from the date of entry of this order to file an amended complaint in compliance with the court's
3  order (#11).

DATED: September 16, 2010.

_____
JAMES C. MAHAN
United States District Judge