# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PHILLIP J. LYONS,

    Plaintiff,

vs.

STATE OF NEVADA ex rel, c/o ORTIZ, et al.,

    Defendants.

Case No. 2:10-CV-00707-JCM-(LRL)

**ORDER**

        Before the court are plaintiff's motion for relief from order (#18) and motion to file first amended complaint (#19); respondents have filed oppositions (#21, #22). The court agrees with respondents. The court found defects in the complaint, and the court gave plaintiff an opportunity to correct the defects. Order (#11). Instead of taking the opportunity, plaintiff filed a motion for reconsideration (#12). The court again explained what plaintiff needed to do to correct the defects. Order (#14). Plaintiff again filed a motion for reconsideration (#15). The court having given plaintiff two opportunities to correct the defects, and plaintiff having passed on those opportunities, the court dismissed the defective counts and directed defendants to respond to the complaint. Order (#17). Plaintiff responded with a third motion for reconsideration (#18). Plaintiff created this problem for himself, and the court sees no reason to depart from its earlier orders.

///

///

///

///

IT IS THEREFORE ORDERED that plaintiff's motion for relief from order (#18) and motion to file first amended complaint (#19) are **DENIED**.

DATED:   March 21, 2011.

_____
JAMES C. MAHAN
United States District Judge