1
2
3
4
5
6 **UNITED STATES DISTRICT COURT**
7 **DISTRICT OF NEVADA**
8

9  PHILLIP J. LYONS,
10       Plaintiff,                     Case No. 2:10-CV-00707-JCM-(LRL)
11  vs.                                 **ORDER**
12  STATE OF NEVADA ex rel, c/o ORTIZ, et al.,
13
14       Defendants.

15
16
17       Presently before the court is plaintiff Phillip J. Lyons' *pro se* motion to review and deny
18  defendants' bill of costs. (Doc. #53). Defendants filed an opposition. (Doc. #56). Plaintiff argues that
19  he was granted *in forma pauperis* status in state court and should not be taxed these costs in federal
20  court. (Doc. #53).
21       On August 23, 2011, defendants filed a bill of costs totaling $350, the cost of removing the case
22  from state to federal court. (Doc. #45). The clerk of court entered a clerk's judgment of $350 on
23  September 15, 2011. (Docs. #50 and #51). Eleven days later, on September 26, 2011, plaintiff filed
24  the instant motion. (Docs. #53).
25  . .
26  . .
27  . .
28  . .

1  Pursuant to Federal Rule of Civil Procedure 54(d)(1), the court may review the costs taxed "[o]n
2  motion served within . . . 7 days" of the entry of costs taxed. FED. R. CIV. P. 54(d)(1).[1] In the Ninth
3  Circuit, a party waives the right to challenge a cost award if the party fails to object to the costs within
4  the requisite period. *Walker v. Cal.*, 200 F.3d 624, 625-26 (9th Cir. 1999).
5  Plaintiff failed to file his objection to the costs within the requisite 7-day period. Thus, plaintiff
6  has waived his right to challenge the cost award. *Walker*, 200 F.3d at 625-26.
7  Accordingly,
8  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Phillip J. Lyons' *pro*
9  *se* motion to review and deny defendants' bill of costs (doc. #53) be, and the same hereby is, DENIED.
10  DATED October 28, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Note to subdivision (d) of Rule 54 states that "[t]he provisions as to costs in actions in forma pauperis contained in [28 U.S.C. § 1915] are unaffected by this rule." Plaintiff was never granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915, so this note is immaterial for the instant motion.