Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile:  (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff*
*For Limited Purposes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILLIP J. LYONS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants. | Case No.:  2:10-CV-00707-JCM-GWF<br><br>**STIPULATION AND ORDER**<br>**RE DISMISSAL** |

It is hereby stipulated between Plaintiff Phillip J. Lyons and the Defendants,

through their respective counsel, to dismiss this matter with prejudice, pursuant to

FRCP 41(a)(1)(A)(ii). Each side to bear their own fees and costs.

| | |
|---|---|
| DATED this 25th  day of June, 2015.<br><br>By:  ___/s/ Travis N. Barrick_____<br>Travis N. Barrick, # 9257<br>GALLIAN WELKER<br>& BECKSTROM, LC<br>540 E. St. Louis Avenue<br>Las Vegas, Nevada 89117<br>tbarrick@vegascase.com<br>*Attorneys for Plaintiff*<br>*For Limited Purposes* | DATED this 29th  day of June, 2015.<br><br>By:  ___/s/ Jared M. Frost, for_____<br>Jared M. Frost, Esq.<br>Eric N. Tran, Esq.<br>Office of the Nevada Attorney General<br>Bureau of Litigation, Public Safety Div.<br>555 E. Washington Avenue, Suite 3900<br>Las Vegas, NV 89101<br>etran@ag.nv.gov<br>*Attorneys for Defendants* |

## ORDER

**GOOD CAUSE APPEARING**

It is hereby ordered that this matter is dismissed with prejudice, each side to bear their own fees and costs.

DATED June 30, 2015.

By: _____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made on the 29th day of June, 2015, by filing in the Court's CM/ECF system and by US Mail, postage prepaid, to the following:

Eric N. Tran, Esq.
Office of the Nevada Attorney General
Bureau of Litigation, Public Safety Div.
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
etran@ag.nv.gov
*Attorneys for Defendants*

By: /s/ Travis N. Barrick
       An employee of Gallian Welker
       & Beckstrom, LC